No. 81–1334.   HENRIQUE *v.* UNITED STATES MARSHAL ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 81–1366.   DOWNING *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 81–1368.   MCNEELY *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 81–1378.   MINTON ET AL. *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 81–1395.   OUTLER *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 81–1396.   SCULL *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 81–5079.   MCMICHAEL *v.* HENDERSON, CORRECTIONAL SUPERINTENDENT.   C. A. 2d Cir.   Certiorari denied.

No. 81–5573.   GAYLOR *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 81–5633.   BARRETT *v.* BUREAU OF CUSTOMS ET AL. C. A. 5th Cir.   Certiorari denied.

No. 81–5638.   SMITH *v.* UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 81–5655.   WARREN *v.* UNITED STATES PAROLE COMMISSION.   C. A. D. C. Cir.   Certiorari denied.

No. 81–5679.   JIMENEZ *v.* MONTEZ ET AL.   C. A. 5th Cir. Certiorari denied.

No. 81–5703.   FLEMING *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.